**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-6620**

_____

CHARLES ANTON MCKAIN,

Petitioner - Appellant,

versus

JOSEPH M. BROOKS, Warden, FCI, Petersburg;
JANET RENO, Attorney General; UNITED STATES OF
AMERICA,

Respondents - Appellees.

_____

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond. James R. Spencer, District Judge.
(CA-01-75)

_____

Submitted: July 12, 2001            Decided: July 24, 2001

_____

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Charles Anton McKain, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles Anton McKain appeals the district court's order dismissing without prejudice his petition for a writ of habeas corpus filed under 28 U.S.C. § 2241 (1994).  We have reviewed the record and the district court's memorandum and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>McKain v. Brooks</u>, No. CA-01-75 (E.D. Va. Mar. 8, 2001).  We grant McKain leave to proceed in forma pauperis.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2